UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL HARMON,<br><br>        Plaintiff,<br><br>    v.<br><br>E. REYNOSA, ET AL.,<br><br>        Defendants. | NO. ED CV 22-1151-TJH(E)<br><br>JUDGMENT |

IT IS ADJUDGED that: (1) the federal claims in the First Amended Complaint are dismissed without leave to amend and with prejudice; and (2) any state law claims in the First Amended Complaint are dismissed without leave to amend but without prejudice.

DATED: MARCH 8, 2023.

*/s/ Terry J. Hatter, Jr.*
TERRY J. HATTER JR
UNITED STATES DISTRICT JUDGE